UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                              CASE NO.  8:14-CR-64-T-17TGW

CARLOS VELASQUEZ-ROMAN .

_____/

ORDER

This cause is before the Court on:

Dkt. 529        Motion to Travel

The Court requests that Defendant Velasquez-Roman advise the Court of additional facts regarding Defendant's Motion for permission to travel out of state for work (driving Defendant's semi truck out of state) (Dkt. 529).  Defendant Velasquez-Roman shall notify the Court of his current employer, the duties of Defendant's current employment, and the circumstances of the projected end of Defendant's current employment.  In addition, Defendant Velasquez-Roman shall notify the Court for whom Defendant would be employed if permission were granted to Defendant Velasquez-Roman to drive his semi truck out of state, and the duties of Defendant's future employment.

Defendant Velasquez-Roman shall file a Supplement to Defendant's Motion within seven days of the date of this Order.  Accordingly it is

**ORDERED** that Defendant Velasquez-Roman **shall file** a Supplement to Defendant's Motion (Dkt. 529) within seven days of the date of this Order.  The Clerk of Court shall provide a copy of this Order to Defendant Velasquez-Roman via U.S. Mail and electronic mail.

Case No. 8:14-CR-64-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 19th day of September, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

Carlos Velasquez-Roman, Pro Se
1212 SE 2nd Place
Cape Coral, FL   33990
Yeleinys1992@live.com

Chris Davis
U.S. Probation Office
Fort Myers, FL