UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 8:14-CR-64-T-17TGW

CARLOS VELAZQUEZ-ROMAN

_____/

ORDER

| | |
|---|---|
| Dkt. 529 | Motion to Travel |
| Dkt. 532 | Order Directing Defendant to File Supplement to Defendant's Motion |
| Dkt. 533 | Response to Order 532 |
| Dkt. 534 | Opposition to Defendant's Motion to Travel |

Defendant Carlos Velazquez-Roman filed a Response to the Court's Order which indicates that Defendant Velazquez-Roman is currently employed with Innovative Marine Structures, LLC, 7571 Sawyer Circle, Port Charlotte, FL, 33981, as a truck driver, and [Defendant's] hours have been significantly reduced due to slow work coming in (Dkt. 533, p. 3). Defendant Velazquez-Roman's Response further indicates that Defendant has been approved for hire on October 15, 2016 as an owner operator by Fort Myers Trucking, Inc., P.O. Box 150576, Cape Coral, FL, 33909-0576. (Dkt. 533, p. 4). Defendant Velazquez-Roman states that his duties at Fort Myers Trucking, Inc., 407 SW Pine Island Road, Cape Coral, FL, 33991, will be to drive a semi truck with a reefer trailer transporting produce to different states. (Dkt. 533, p. 2). Defendant Velazquez-Roman has provided a phone number for Manny J. Criollo and Patricia Criollo, Managers of Fort Myers Trucking, Inc.: 239-458-7424, ex. 204, ex. 206; a toll free phone number: 1-800-249-4860; and a fax number: 239-458-7983. (Dkt. 533, pp. 2, 4). Defendant Velazquez-Roman has provided an email address for Patricia Criollo, Manager, Fort Myers Trucking, Inc.: patricia@fortmyerstrucking.com.

Case No. 14-CR-64-T-17TGW

The Government objects to Defendant Velazquez-Roman's Motion to Travel due to the nature of Defendant's underlying offense, as well as the lack of detail in Defendant's Supplement.

In the Superseding Indictment, Defendant Velazquez-Roman was charged with a conspiracy to bring over 100 aliens into the United States, in violation of 8 U.S.C. Sec. 1324(a)(1)(A)(i)., among other charges. (Dkt. 119). Defendant Velazquez-Roman entered a plea of guilty pursuant to to a plea agreement to Counts One, Three, Nine and Ten of the Superseding Indictment.

The Government notes a discrepancy in the addresses provided by Defendant, and a lack of details as to when or how often Defendant will be traveling, or if and when Defendant will be required to check in with his employer concerning the status of his trips.

The Court takes judicial notice of the records of the State of Florida, Division of Corporations, as to Fort Myers Trucking, Inc., the prospective employer, which indicates that the principal address is 407 SW Pine Island Road, Cape Coral, FL, 33991, and the mailing address is P.O. Box 150576, Cape Coral, FL, 33991. (Exh.1).

After consideration, the Court directs Defendant Velazquez-Roman to provide additional details of the prospective employment with Fort Myers Trucking, Inc., specifically when and how often Defendant Velazquez-Roman would be traveling, and whether Defendant will be required to check in with his employer concerning the status of Defendant's trips. Defendant Velazquez-Roman shall file a response to this Order within seven days of the date of this Order. Accordingly, it is

Case No. 8:14-CR-64-T-17TGW

**ORDERED** that Defendant Velazquez-Roman **shall file** a response to this Order which explains when and how often Defendant Velazquez-Roman would be traveling for Defendant's employment with Fort Myers Trucking, Inc., and whether Defendant Velazquez-Roman will be required to check in with Defendant's employer concerning the status of Defendant's trips, within seven days of the date of this Order.

**DONE and ORDERED** in Chambers in Tampa, Florida on this ___ day of October, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Carlos Velazquez-Roman, pro se
1212 SE and Place
Cape Coral, FL 33990
Yelemys1992@live.com

Chris Davis
U.S. P.O.
Fort Myers, FL

3